UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>                     Petitioner,<br>    v.<br><br>STATE OF WASHINGTON,<br><br>                     Respondent. | Case No. 3:23-cv-05963-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      Having reviewed de novo the Report and Recommendation of the Honorable Theresa L. Fricke, any objections or responses, and the remaining record, the Court finds Petitioner's purported petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 is prohibited. Petitioner is required to "move in the appropriate court of appeals for an order authorizing the district court to consider [Petitioner's] application." 28 U.S.C. § 2244(b)(3)(A).

      Accordingly, it is ORDERED:

      (1) The Court ADOPTS the Report and Recommendation (Dkt. No. 2);

      (2) Petitioner's application to proceed *in forma pauperis* (IFP) (Dkt. No. 1), is DENIED;

      (3) This action is DISMISSED without prejudice; and

      (4) Issuance of a certificate of appealability is DENIED.

      Dated this 26th day of February, 2024.


_____
David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2